DONNA S. TAMANAHA, Assistant U.S. Trustee (WI#1013199)
JULIE M. GLOSSON, Trial Attorney (#230709)
U.S. Department of Justice
Office of the United States Trustee
235 Pine Street, Suite 700
San Francisco, CA 94104
Telephone: (415) 705-3333
Facsimile: (415) 705-3379
Email: julie.m.glosson@usdoj.gov

Attorneys for Acting United States Trustee
 AUGUST B. LANDIS

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>**HANIF M. SHAIKH,**<br><br>        Debtor. | Case No. 11-33038<br><br>Chapter 7<br><br>Date: October 14, 2011<br>Time: 10:00 a.m.<br>Place: Hon. Dennis Montali<br>      235 Pine Street, Courtroom 22<br>      San Francisco, California |

**DECLARATION OF JULIE M. GLOSSON IN SUPPORT OF UNITED STATES TRUSTEE'S MOTION FOR SANCTIONS AGAINST ATTORNEY DEMAS YAN**

I, Julie M. Glosson, declare:

1. I am a trial attorney for August B. Landis, Acting United States Trustee for the Northern District of California. I am employed by the Office of the U.S. Trustee in the San Francisco field office at 235 Pine Street, Suite 700, San Francisco, California.

2. I make this declaration based on my own personal knowledge of the facts of this matter, if called upon would and could testify to the following.

3. I was present in the courtroom on August 25, 2011 for the hearing on the secured creditor's motion for relief from stay. Attached is a true and correct copy of the complete transcript of that hearing marked as **Exhibit A**.

4. I am the attorney of record in the related case of In re Cairo Investments, LLC, case no. 11-32011. Yan filed the petition and appeared at the meeting of creditors on behalf of In re Cairo

- 1 -

1 Investmentss, LLC. He is the attorney of record and his employment was approved by this Court on June
2 28, 2011. Mr. Hanif Shaikh, debtor herein, and the responsible individual of In re Cairo Investments,
3 LLC admitted that Cairo Investments LLC took title to the real property at 300 Fairgrounds Drive in
4 Vallejo, California on the same day it filed the petition. Attached and marked as **Exhibit B** is a true and
5 correct copy of Schedule A filed by Cairo Investments, LLC. Also attached and marked as **Exhibit C** is
6 a true and correct copy of Schedule A filed in this case.

     5.     Attached hereto and marked as **Exhibit D** is a true and correct copy of the Stipulation and Order between the U.S. Trustee and Demas Yan in the cases: In re Qureishi 10-32054 and In re Puri. 10-30928.

     6.     On August 26, 2011, I spoke by telephone with attorney Mark Lapham. He is the attorney of record in the chapter 11 case of In re Nasir Sheikh, case no. 11-33136. Mr. Lapham informed me that Demas Yan referred Mr. Sheikh to him. On August 31, 2011, I spoke by telephone with Mr. Lapham. He explained that although his name appears on the petition as the attorney of record, Demas Yan filed the case of In re Nasir Sheikh.

I declare under penalty of perjury that the foregoing statements are true and correct, and, if called upon to testify thereon as a witness, I would be competent to so testify. Executed this 9th day of September, 2011, at San Francisco, California.

                           /s/
                           Julie M. Glosson
                           Trial Attorney