**Entered on Docket
February 13, 2012**
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed and Filed: February 10, 2012

_____
**DENNIS MONTALI
U.S. Bankruptcy Judge**

Robert P. Goe - State Bar No. 137019
Elizabeth A. LaRocque – State Bar No. 219977
**GOE & FORSYTHE, LLP**
18101 Von Karman Avenue
Suite 510
Irvine, CA 92612
rgoe@goeforlaw.com
elarocque@goeforlaw.com
Telephone: (949) 798-2460
Facsimile:   (949) 955-9437

Attorneys for Secured Creditor, DIVP Hospitality Vallejo, LLC

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>HANIF M. SHAIKH, an individual | Case No. 11-33038<br><br>Chapter 7 Case<br><br>**ORDER ON MOTION FOR ORDER TO SHOW CAUSE RE: CONTEMPT**<br><br>**Hearing Date**<br><br>Date:  February 10, 2012<br>Time:  10:00 a.m.<br>Ctrm:  22<br>235 Pine Street, 19th Floor<br>San Francisco, CA 94104 |

    DIVP Hospitality Vallejo, LLC's, ("DIVP") Motion for Order to Show Cause Re: Contempt ("Motion"), came on for hearing on February 10, 2012, the Honorable Dennis Montali, United States Bankruptcy Judge, presiding.  DIVP appeared by and through counsel, Robert P. Goe of Goe & Forsythe, LLP.  Debtor Hanif M. Shaikh ("Debtor") and counsel Dennis Yan ("Yan") did not appear.

/ / /

The Court having considered the Motion, for reasons stated on the record and based upon the declaration of Robert P. Goe filed February 10, 2012,

**IT IS HEREBY ORDERED** that:

1. The Motion is granted; and
2. Debtor and Yan are jointly and severally liable for DIVP's attorneys' fees in bringing this Motion in the amount of $1352.92*.

##END ORDER##

```
* The court eliminated time prior to preparation of the correct
motion that was considered and reduced the time for Mr. Goe's
appearance by telephone on February by from .8 hour to .4 hour.
```